**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARL JOHNSON, a single man, | **CASE NO.: 3:20-cv-00613** |
| Plaintiff, | |
| v. | **ORDER TO DISMISS ACTION WITH PREJUDICE** |
| NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; and AMCO INSURANCE COMPANY, an Iowa corporation, | |
| Defendants. | |

**TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Carl Johnson ("Plaintiff") and Defendants Nationwide Mutual Insurance Company ("NMIC") and AMCO Insurance Company ("AMCO") (collectively

1

"Defendants"), by and through their attorneys of record, having entered into a written confidential settlement agreement, and pursuant to *Federal Rules of Civil Procedure* 41(a), hereby stipulate and agree to dismiss the above-referenced action in its entirety, with prejudice.

The parties have agreed that each side shall bear its own costs and fees.

Dated: October 25, 2021　　　　　　　　**POLI, MOON & ZANE, PLLC**

By: */s/ Michael N. Poli*
　　　Michael N. Poli
　　　*Attorneys for Plaintiff*

Dated: October 25, 2021　　　　　　　　**HINES HAMPTON PELANDA, LLP**

By: */s/ Christine Emanuelson*
　　　Christine M. Emanuelson
　　　*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation herein, and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED WITH PREJUDICE, each side to bear its own fees and costs.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
**U.S. District Judge Larry R. Hicks**
Dated: October 26, 2021